# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>*Complaint for Eduardo GONZALEZ-RODRIGUEZ and Jose Antonio GUZMAN-GARCIA* | ) ) ) ) ) ) ) Case No. 24-mj-07155-ACE |

## CRIMINAL COMPLAINT

I, Special Agent Bradley Sevy, state the following is true to the best of my knowledge and belief. On or about November 3, 2024, in the Eastern District of Washington, the defendants violated 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2 Possession with the Intent to Distribute 400 grams or more of Fentanyl.

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Bradley Sevy, *DEA*
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
x Sworn to telephonically and signed electronically.

Date: Nov 04, 2024, 11:20 am

_____
Judge's signature

Alexander C. Ekstrom, United States Magistrate
_____
*Printed name and title*

City and state: Yakima, WA

P40306jm.SLA

*AUSA Assigned: LCG*

*County of Investigation: Benton*

*In Re: Criminal Complaint for Eduardo GONZALEZ-RODRIGUEZ and Jose Antonio GUZMAN-GARCIA*

## AFFIDAVIT

| | |
|---|---|
| STATE OF WASHINGTON | ) |
|  | ) ss |
| Spokane County | ) |

## AFFIDAVIT IN SUPPORT

I, Bradley Sevy, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF THIS AFFIDAVIT

1. This affidavit is submitted in support of a criminal complaint for Eduardo GONZALEZ-RODRIGUEZ and Jose Antonio GUZMAN-GARCIA based upon probable cause of Possession with Intent to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

### TRAINING AND EXPERIENCE

2. I am an investigator or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of, and arrests for, the offenses enumerated in 18 U.S.C. § 2516, as well as 21 U.S.C § 801, et seq.

3. I have been a Special Agent ("SA") of the United States Department of Justice, Drug Enforcement Administration ("DEA") since December 6, 2020. I am currently assigned to the DEA's Spokane District Office. I have received approximately 16 weeks of training at the DEA Academy in Quantico, Virginia. During that training, I learned how criminal enterprises are structured and how they operate. I also learned how controlled substances are manufactured, consumed, packaged, marketed and distributed. I have had formal and informal training and experience in controlled substances investigations; I have become familiar with how controlled substances, including methamphetamine, heroin, cocaine, and fentanyl are produced, trafficked, distributed and consumed. I have received training in the identification of many types of controlled substances by sight and odor. I have participated in multiple arrests for controlled substance violations. In the course of my duties, I have become familiar with the practices and techniques of traffickers in controlled substances as practiced locally and internationally.

4. Prior to joining the DEA, I was previously employed for nearly seven years as a Border Patrol Agent in Nogales, Arizona, where I conducted narcotic and human smuggling investigations, including extensive experience conducting surveillance, interviewing witnesses and interrogating suspects, and preparing investigative reports. I have a degree in Latin American Studies and have spent

over two years living in Latin America. I have studied the Spanish language extensively and am highly proficient in speaking, reading, and writing in Spanish.

5. During the course of your affiant's employment as a Special Agent, your affiant has participated in numerous criminal investigations and has gained knowledge and experience by working with other federal, state and local law enforcement agencies. Your affiant has participated in federal and state search warrants involving the seizure of the aforementioned listed controlled substances, the seizure of records relating to the manufacturing and distribution of controlled substances, and other types of evidence documenting the activities of drug trafficking organizations and their members. Your affiant has utilized numerous investigative techniques and resources and drawn upon the experience, techniques, and resources he has gained in his employment as a Special Agent.

6. Finally, as a result of my training and experience, I know it is unlawful pursuant to 21 U.S.C. § 841(a)(1), for any person to distribute a controlled substance. I also know it is unlawful pursuant to 21 U.S.C. § 846, for any person to conspire to distribute controlled substances.

7. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## FACTS IN SUPPORT OF COMPLAINT

8. On November 3, 2024, investigators from the DEA Spokane and Tri-Cities Offices along with the Tri-Cities METRO Drug Task Force executed state search warrants on two vehicles suspected to be involved with drug trafficking, a white GMC Sierra (WA plate D01907F) being driven by Jose Antonio GUZMAN-GARCIA and a black Dodge Ram (WA plate D25067C) being driven by Eduardo GONZALEZ-RODRIGUEZ. Investigators also executed a state search warrant at GONZALEZ-RODRIGUEZ's residence located at 21823 N. Webber Canyon Road, Benton City, WA to search for controlled substances and other evidence of trafficking in controlled substances.

9. The execution of the search warrant on the GMC Sierra yielded two vacuum sealed packages weighing approximately 2300 grams. The packages contain an estimated 20,000 counterfeit oxycodone blue pills stamped with "M-30" markings which are suspected to contain fentanyl. Based on my knowledge and experience, these pills are consistent with other pills seized within the Eastern District of Washington that have tested positive for fentanyl and should yield over 400 grams of illicit fentanyl. Investigators did not field test these pills due to the risks of fentanyl exposure. Investigators also seized two cellular devices that were

located on GUZMAN-GARCIA's person or in the GMC Sierra.

10. A wallet removed from the person of GONZALEZ-RODRIGUEZ at the time of his arrest contained a large, but undetermined amount of U.S. Currency.

11. During the execution of the search warrant at GONZALEZ-RODRIGUEZ's residence at 21823 N. Webber Canyon Road, investigators found approximately 500 grams of a white substance that tested presumptively positive for cocaine. Investigators also found four firearms. The cocaine and firearms were found in the master bedroom along with dominion and control documents belonging to GONZALEZ-RODRIGUEZ. Investigators also found a small baggie of counterfeit blue "M-30" pills, additional baggies commonly used to package drugs for distribution to end users, and a digital scale. All of these items are indicative of a person involved in the illegal distribution of narcotics.

12. During a post-*Miranda* statement, GUZMAN-GARCIA admitted to being involved in the distribution of large amounts of drugs, to include illicit fentanyl and cocaine, and admitted he was going to deliver the pills found in the GMC Sierra to one of GONZALEZ-RODRIGUEZ's customers. During a search of his phone, investigators found messages between GONZALEZ-RODRIGUEZ and GUZMAN-GARCIA to corroborate their involvement together to coordinate a delivery of the 20,000 pills.

13. During a separate post-*Miranda* statement, GONZALEZ-

RODRIGUEZ admitted to being involved in drug trafficking, to include illicit fentanyl and cocaine.

14. Based on my knowledge and experience, the quantities of illicit drugs, US Currency, and drug scales are indictive to distributing narcotics.

## **CONCLUSION**

15. Based upon the above facts, I believe probable cause exists to charge Eduardo GONZALEZ-RODRIGUEZ and Jose Antonio GUZMAN-GARCIA with Possession with Intent to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_____
Special Agent Bradley Sevy
Drug Enforcement Administration

Sworn to telephonically and signed electronically on this  4th day of November, 2024.

_____
Alexander C. Ekstrom
United States Magistrate Judge